IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE H. HANKE<br><br>and<br><br>JOHN C. YOO<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MIGUEL CARDONA, in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION<br><br>ELLIE PELAEZ, in her official capacity as DESIGNATED FEDERAL OFFICER for the National Board For Education Sciences, U.S. DEPARTMENT OF EDUCATION<br><br>and<br><br>DEPARTMENT OF EDUCATION<br><br>　　　　　　　Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Civil Action No. 1:21-1913 |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their counsel, hereby voluntarily dismisses all claims in the above-captioned action. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court. Fed. R. Civ. Proc. 41(a)(1)(A)-(B).

DATED: September 22, 2021.

                                        Respectfully submitted:

*/s/ Jessica L. Thompson*
JESSICA L. THOMPSON
D.C. Bar No. 1542170
Pacific Legal Foundation
3100 Clarendon Blvd
Ste. 610
Arlington, VA 22201
Tel: (916) 500-2862
JLThompson@pacificlegal.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.

I further certify that on September 22, 2021, attorney for Defendants, Lisa N. Newman, consented to service via electronic mail and was served on September 22, 2021, at the following address:

Lisa N. Newman
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
lisa.n.newman@usdoj.gov

                                         */s/ Jessica L. Thompson*
                                         JESSICA L. THOMPSON